# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VITAL PHARMACEUTICALS, INC., d/b/a VPX/Redline,<br><br>    Plaintiff,<br><br>        v.<br><br>USA SPORTS, LLC, JOSEPH MIES, and ROBERT O'LEARY,<br><br>    Defendants. | CIVIL ACTION NO. 3:11-CV-975<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 7th day of March, 2012, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss the First Amended Complaint (Doc. 4) is **GRANTED in part and DENIED in part**.

2. Defendants' motion to dismiss Count V of Plaintiff's First Amended Complaint, breach of Section 9-504 of the Uniform Commercial Code, and Count VI of Plaintiff's First Amended Complaint, action to set aside fraudulent transfer pursuant to the Pennsylvania Uniform Fraudulent Transfer Act, is **GRANTED**. Plaintiff will have **twenty-one (21) days** to amend its complaint to properly plead these claims; otherwise, the claims will be dismissed with prejudice.

3. Defendants' motion to dismiss Plaintiff's successor liability claims, Counts I-IV, and breach of fiduciary duty claim, Count VII, is **DENIED**.

4. Defendant Robert O'Leary is **DISMISSED** from this action.

/s/ A. Richard Caputo  
A. Richard Caputo  
United States District Judge